Patricia Matthews, as Administrator of the Estate of Byron J. Matthews, Deceased, Plaintiff-Appellee, v. Charles Cristoff and Russell Modglin, Defendants-Appellants.

Term No. 59–F–11.

Fourth District.
June 2, 1959.
Rehearing denied December 15, 1959.
Released for publication December 17, 1959.

Conger, Elliott, Goebel & Elliott, for defendants-appellants; Gosnell & Fitzpatrick, and J. Stanley Bradbury, and Stewart A. Pearce (Maurice E. Gosnell, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. **Not to be published in full.**